## Commonwealth ex rel. Schwartz, (et al., Appellant), *v.* Schwartz.

Argued March 13, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*George H. Class,* with him *vanRoden & Lindenmuth,* for appellant.

*Donald H. Hamilton,* with him *Edward D. McLaughlin,* for appellee.

PER CURIAM, April 10, 1946:

This case involves the custody of a minor child. The boy in question, five years of age, was given to the mother, subject to the right of the father to have his son

2

at certain intervals. The parties had a full and fair hearing before Judge SWENEY, who evidently gave careful consideration to the contentions of the respective parties before reaching a conclusion.

We find no reason for disturbing his action. Order of the court below is affirmed at appellant's costs.